# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 19-02214-FMO (DFM) | Date: | July 18, 2019 |
| Title | Thomas C. Acuna v. Los Angeles County Sheriff's Department, et al. | | |

| Present: The Honorable | Douglas F. McCormick, United States Magistrate Judge |
|---|---|
| Denise Vo | Not Present |
| Deputy Clerk | Court Reporter |
| Attorney(s) for Plaintiff(s): | Attorney(s) for Defendant(s): |
| Not Present | Not Present |

**Proceedings:** (IN CHAMBERS) Order to Show Cause

On March 25, 2019, Plaintiff filed a civil rights complaint alleging that the Los Angeles County Sheriff's Department refused to provide him with necessary medical care and either ignored his grievances or retaliated against him when he filed them. See Dkt. 1. Plaintiff's complaint was not accompanied by the necessary filling fee. On June 27, 2019, the Court ordered Plaintiff to submit a completed CV-60P by July 18, 2019. See Dkt. 5. On July 15, 2019, the Court received Plaintiff's service copy of its June 27 order after it was returned as undeliverable. See Dkt. 6. From the LASD website, it appears that Plaintiff was released on June 24, 2019.

Local Rule 41-6 requires a pro se plaintiff to keep the Court apprised of his current address. Failure to maintain a current address creates the risk that a party will not receive the Court's orders or documents filed by opposing parties. As a result, the Court requires a party—even one proceeding in forma pauperis like Plaintiff—to maintain a current address. **The Court accordingly ORDERS Plaintiff to provide a current address to the Court within fourteen (14) days of this order. Notice to the Court of a current address shall be deemed a sufficient response to this order. Plaintiff is expressly warned that failure to notify the Court of a current address may result in a recommendation to the District Judge that this case be dismissed with or without prejudice for lack of prosecution.**